UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEATHER ANNE GALLICHANT,**

      **Plaintiff,**

v.                                        **Case No: 6:14-cv-1425-Orl-41DAB**

**OFFICE OF DISABILITY
ADJUDICATION AND REVIEW,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis*. (Doc. 2). United States Magistrate Judge David A. Baker submitted a Report and Recommendation on Plaintiff's Motion, in which he recommends that the Motion be denied without prejudice and that Plaintiff be granted leave to amend. (Report & Recommendation, Doc. 4, at 3). Plaintiff objected to the Report and Recommendation on the basis that she cannot pay the filing fee. (Doc. 7).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Plaintiff may not proceed until she can demonstrate to the Court that a final decision has been rendered by the Commissioner of Social Security and that Plaintiff appealed to this Court within sixty days of being notified of the Commissioner's decision. If Plaintiff can make such a showing, she may renew her Motion to Proceed *in Forma Pauperis* at that time.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED without prejudice**.

3. Plaintiff may file an Amended Complaint and renewed Motion to Proceed *in Forma Pauperis* on or before **Wednesday, November 26, 2014**. Failure to file within the allotted time will result in the closure of this case.

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties